## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

ESTATE OF WILLIAM S. ORLOVE, BY
ITS PERSONAL REPRESENTATIVE
JAY M. EISENBERG,

    Plaintiff,

v.                                           Case No: 5:21-cv-93-JSM-PRL

MLF LEXSERV, LLC,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. 19). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, and without an award of fees or costs to any party.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of April, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record